360 A.2d 640

COMMONWEALTH

v.

BORDER, Appellant.

Submitted June 9, 1975. Margaret H. Poswistilo, Assistant Public Defender, for appellant; Salvador J. Salazar, Assistant District Attorney, and Charles H. Spaziani, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed. See *Commonwealth v. Esposito,* 236 Pa.Superior Ct. 127, 344 A.2d 655 (1975), involving a co-defendant.